UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE INTEL CORPORATION SECURITIES LITIGATION | Case No. 4:18-CV-00507-YGR<br><br>[PROPOSED] ORDER AND ENTRY OF FINAL JUDGMENT |
|---|---|

## FINAL JUDGMENT

WHEREAS on March 29, 2019, this Court granted Defendants' Motion to Dismiss the Consolidated Class Action Complaint, but allowed Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Plaintiff") leave to amend, (Dkt. No. 87); and

WHEREAS on April 16, 2019, Plaintiff filed a Notice of Intention Not to Further Amend the Consolidated Class Action Complaint, (Dkt. No. 90);

This Court hereby enters final judgment in this action and dismisses it with prejudice under Federal Rule of Civil Procedure 54. Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: April 26, 2019

Hon. Yvonne Gonzalez Rogers
United States District Court Judge